### HAHN et ux. v. TEXAN NAT. BANK OF BEAUMONT.
### No. 2861.

Court of Civil Appeals of Texas. Beaumont.
Dec. 19, 1935.

O. M. Lord, of Beaumont, for appellants.

Geo. Weller and E. L. Nall, both of Beaumont, for appellee.

O'QUINN, Justice.

As this appeal is before us without briefs by either party, it is dismissed for want of prosecution. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.(2d) 811.

Appeal dismissed.